| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanberg, Katheen H. | U.S. Bankruptcy Court, District of minnesota | 04/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

8W
301 U.S. Courthouse
300 S. 4th St.
Minneapolis, MN

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust 1 |
| 2. | Co-Trustee | Revocable Trust 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | State of Minnesota statutory fixed retirement payments X | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Imatteryouth.org Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/8/2017-10/11/2017 | Las Vegas, Nevada | Reimbusement for Annual Conference | Transportation, meals, hotel, registration |
| 2. | National Conference of Bankruptcy Judges | 03/15/2017-03/16/2017 | Charleston, S.C. | Reimbursement for Mid Year Meeting | Transportation, meals, hotel, |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Bank, N.A. | Guaranty/Contingent Liability for Business Debt- | M |
| 2. Metro Community Development | Guaranty/Contingent Liability for Business Debt - | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Eagle Overseas Fund SGOVX | A | Int./Div. | M | T | | | | | |
| 2. | | | | | Sold (part) | 02/23/17 | L | A | |
| 3. | | | | | Sold (part) | 09/20/17 | J | A | |
| 4. Charles Scwab Ft Money Fund/Deposit Acct SWGXX | A | Interest | J | T | | | | | |
| 5. Scwab Fundamental US Large Cp SFLNX | B | Int./Div. | L | T | Buy (add'l) | 02/24/17 | K | | |
| 6. | | | | | Sold (part) | 09/20/17 | K | D | |
| 7. Salient MLP & Energy Infras FD II INst SMLPX | A | Int./Div. | | | Sold | 02/23/17 | K | A | |
| 8. IShares TR Russell 1000 ETF IWB | A | Int./Div. | K | T | | | | | |
| 9. First Eagle Overseas Fune CL1 SGOIX | A | Int./Div. | L | T | Sold (part) | 02/23/17 | K | A | |
| 10. American FD WA Mut In FD CDL F WMFX | C | Int./Div. | L | T | Buy | 01/09/17 | J | | |
| 11. | | | | | Buy (add'l) | 02/23/17 | L | | |
| 12. F&B Building Parnership | | None | J | U | | | | | |
| 13. Champlain Small Cap CIPSX | A | Int./Div. | K | T | Sold (part) | 02/23/17 | K | D | |
| 14. | | | | | Sold (part) | 09/20/17 | K | D | |
| 15. Goldman Sachs BK CD Due 11/07/17 | B | Int./Div. | | | Matured | 11/07/17 | K | A | |
| 16. Goldman Sachs BK CD due 10/17/17 | B | Int./Div. | | | Matured | 10/17/17 | K | A | |
| 17. Diamond Hill Small DHSX | B | Int./Div. | K | T | Sold (part) | 09/20/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Bonds | C | Int./Div. | | | Matured | 10/17/17 | L | B | |
| 19. Goldman Sachs Bonds | C | Int./Div. | | | Matured | 11/17/17 | K | C | |
| 20. American Fds Growth GFAFX | B | Int./Div. | L | T | Buy (add'l) | 02/23/17 | L | | |
| 21. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 22. Russell Global Equitiebfd RGESX | A | Int./Div. | | | Sold | 02/23/17 | L | A | |
| 23. Russsell Global Real Est. RRESX | A | Int./Div. | | | Sold | 09/21/17 | J | A | |
| 24. Russell Global Infrastructure S RGISX | A | Int./Div. | | | Sold | 02/24/17 | J | A | |
| 25. Selected American Sharesclass S SLASX | A | Int./Div. | | | Sold | 09/21/17 | J | A | |
| 26. Russell Er. Mkts. REMSX | A | Int./Div. | J | T | Buy (add'l) | 01/06/17 | J | | |
| 27. | | | | | Sold (part) | 02/23/17 | K | A | |
| 28. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 29. Selected American Shares CL D SlADX | A | Int./Div. | | | Sold | 09/20/17 | J | A | |
| 30. Russsell Global Opp Credit S RGCSX | A | Int./Div. | K | T | Buy (add'l) | 02/24/17 | L | | |
| 31. | | | | | Sold (part) | 09/21/17 | K | A | |
| 32. Russell Strategic Bonds CLS RFCTX | C | Int./Div. | M | T | Buy (add'l) | 09/21/17 | L | | |
| 33. Minnesota St Bonds | B | Int./Div. | L | T | | | | | |
| 34. Perman MN Bonds | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Discover Bank Bonds ▓ | C | Int./Div. | | | Matured | 09/12/17 | L | A | |
| 36. IShares MSCI ACWI | C | Int./Div. | | | Sold | 02/23/17 | L | A | |
| 37. American Fund WA Mutual Inv. FD CL F1 WSHFX | A | Int./Div. | K | T | Buy | 09/20/17 | K | | |
| 38. Vanguard Short Term Investment Grade Admiral CL VFSUX | A | Int./Div. | N | T | | | | | |
| 39. Vanguard Balanced Index Admiral CL VBIAX | A | Int./Div. | L | T | | | | | |
| 40. Windrider International LLC Note X | | None | M | T | | | | | |
| 41. Franklin MN Ins Tax-Free Inc INCN FD CL A FITCZ X | | None | K | T | Buy | 02/23/17 | K | | |
| 42. Vanguard Federal Money Market Fund (Settlement Fund) X | A | Int./Div. | M | T | | | | | |
| 43. American FFD Europacific FWTH FD CL S AEPFX | A | Int./Div. | K | T | Buy | 09/21/17 | K | | |
| 44. Cohen & Steers Realty Shares CSRSX | C | Int./Div. | K | T | Buy | 02/24/17 | K | | |
| 45. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 46. American Fd EuPa Gwth Fd CL F1 AEGFX | A | Int./Div. | K | T | Buy | 02/24/17 | K | | |
| 47. IShares Russell 2000 ETF IWM | | None | K | T | Buy | 09/22/17 | K | | |
| 48. IShares MSCI EAFE ETF EFA | | None | K | T | Buy | 02/23/17 | K | | |
| 49. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 50. Vanguard 500 Index Admiral VFIAX X | A | Int./Div. | K | T | Buy | 01/10/17 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As the Revocable Tusts #1 and #2 are included in the assets and transactions reported and there are no other beneficiaries, I have reported not reported them by name of account but individually. Other than the investments reported in VII, the other assets of the trusts are not reportable (home).

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Katheen H. | 04/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Katheen H. Sanberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544